**1660** ELECTRIC RAILWAY CO. vs. COMMON COUNCIL (Grand Rapids), No. 11569, 84 M., 257.

To compel respondent to proceed and approve of the kind and pattern of poles to be used by relator.

Denied December 24, 1890, with costs, it appearing that respondent had voluntarily done what was asked.

**1661** SPEED vs. COMMON COUNCIL (Detroit), No. 13751, 97 M., 198.

To compel respondent to approve relator's bond as city counselor, in a case where the mayor of the city attempted to recall the appointment.

Granted October 24, 1893, without costs.

Application for rehearing denied January 5, 1894, with costs.

**1662** CLARK vs. MAYOR AND COMMON COUNCIL (West Bay City), No. 15983; 4 D. L. N., 8; 70 N. W., 581. (Certiorari to Bay.)

To compel respondent to enter into a contract with relator for city printing, for which bids had been requested and received; it appearing that the contract had already been let to another party and the work partly performed.

The circuit judge granted the writ. Reversed and order vacated, with costs of both courts, April 6, 1897.